UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANCELY PAUL,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center, et al.,<br>Respondents. | Case No.: 26-CV-5991 JLS (AHG)<br>**ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS**<br>(ECF No. 1) |

Presently before the Court is Petitioner Jeancely Paul's Petition for Writ of Habeas Corpus (ECF No. 1). However, Petitioner was released from custody on October 17, 2026. *See* ECF No. 5; No. 26-CV-4853-DMS-GC, ECF No. 8. As Petitioner has been granted the relief sought, his Petition is **DENIED AS MOOT**. As this concludes this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: October 27, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge